UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRAD A. MAKI,<br><br>Defendant. | Case No.  9:21-PO-5031-KLD<br><br>VIOLATION: FBDW00EE<br><br>DISPOSITION CODE:  PE<br><br>ORDER ACCEPTING<br>PLEA LETTER |

Plaintiff's counsel, Jen Clark, Assistant U.S. Attorney, submitted a letter to the Court dated April 6, 2022, advising Plaintiff has reached an agreement with Defendant.  Plaintiff has agreed to reduce the total amount due on the violation notice from $230.00 to $90.00, and Defendant has agreed to forfeit that amount.

**IT IS HEREBY ORDERED** that Defendant may forfeit collateral in the amount of $90.00, and shall do so by April 30, 2022.

Defendant may make his payment through the website at www.cvb.uscourts.gov. To ensure the payment are credited to the proper violation notice, Defendant's payment shall reference the violation notice(s) number listed above.

Defendant is advised that if he fails to pay the collateral as ordered the Court may issue a warrant for his arrest.

DATED this 12th day of April, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge